391 A.2d 693

Commonwealth v. Moser, Appellant.

■■■■■ Argued March 13, 1978. David K. James, III, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The verdict of guilty is affirmed and the case is remanded for resentencing. At the sentencing, appellant is to receive a sentence which specifies both a minimum and maximum as required by the Act of December 6, 1972, P.L. 1482, No. 334, § 1356(b), added December 30, 1974, P.L. 1052, No. 345, § 1, eff. in 90 days; 18 Pa.C.S. § 1356(b), (Supp.1977). See, *Commonwealth v. Marshall*, 254 Pa.Super. 275, 385 A.2d 1017 (1978).